IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, <br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) C. A. No.: 19-474-KAJ |

## [~~PROPOSED~~] FINAL JUDGMENT

This action, having been tried before the Court from October 7, 2020 through October 9, 2020, the Honorable Kent A. Jordan, United States Circuit Judge of the United States Court of Appeals for the Third Circuit, presiding by designation, and a decision following post-trial briefing having been rendered:

**IT IS HEREBY ORDERED AND ADJUDGED**, for the reasons set forth in the Court's March 26, 2021 Post-Trial Findings of Fact and Conclusions of Law (D.I. 191) that:

1. Judgment is entered in favor of Defendant Actavis Laboratories UT, Inc. ("Defendant") and against Plaintiffs UCB, Inc., UCB Pharma GmbH, and LTS Lohmann Therapie-Systeme, AG (collectively "Plaintiffs") and all claims for relief requested in Plaintiffs' Complaint for Patent Infringement (D.I. 1) are denied with prejudice;

2. Judgment is entered in favor of Defendant and against Plaintiffs on Defendant's counterclaim that claims 1, 2, 3, 7, 10, 11, and 12 of U.S. Patent No. 10,130,589 (the '589 Patent) are invalid.

**SO ORDERED** this 7th day of April, 2021.

CIRCUIT JUDGE, KENT A. JORDAN